IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

LILLIE LEMIRE,

    Plaintiff,

v.                                                                    Civil Action No: 1-03-1304-T

REITTER & SCHEFENACKER,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S REQUEST
### TO FILE A REPLY TO PLAINTIFF'S MEMORANDUM OF POINTS AND AUTHORITIES
### IN RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

---

Upon the motion of Defendant, and for good cause shown, the Court hereby grants Defendant's request to file a Reply to Plaintiff's Memorandum Of Points And Authorities In Response To Defendant's Motion For Summary Judgment.

It is hereby Ordered that Defendant shall be allowed to file its Reply Brief to Plaintiff's Memorandum Of Points And Authorities In Response To Defendant's Motion For Summary Judgment

So ordered this 18th day of April, 2005.

_____
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on 4/19/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 46 in case 1:03-CV-01304 was distributed by fax, mail, or direct printing on April 19, 2005 to the parties listed.

---

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Shawn R. Lillie
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Honorable James Todd
US DISTRICT COURT