IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY ____ DC.

05 APR 22  PM 3: 44

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

LILLIE LEMIRE,

    Plaintiff,

v.                                                       Civil Action No: 1-03-1304-T

REITTER & SCHEFENACKER,

    Defendant.

ORDER GRANTING JOINT MOTION OF PARTIES TO CONTINUE TRIAL

Upon the joint motion of the parties and for good cause shown, it is hereby:

ORDERED, ADJUDGED AND DECREED that the trial of this matter, currently set for May 23, 2005, shall be continued until _Monday, September 19, 2005_.

So ordered this _22nd_ day of _April_, 2005.

                                                              _/s/ James D. Todd_
                                                              JAMES D. TODD
                                                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79 (a) FRCP on _4/26/05_



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 50 in case 1:03-CV-01304 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

---

Heather Webb Fletcher
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

James M. Simpson
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Shawn R. Lillie
ALLEN SUMMERS SIMPSON LILLIE & GRESHAM, PLLC
80 Monroe Ave.
Ste. 650
Memphis, TN 38103--246

Kaye G. Burson
RUTLEDGE & RUTLEDGE
1053 W. Rex Road
Ste. 101
Memphis, TN 38119

Honorable James Todd
US DISTRICT COURT